JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.    (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SALAZAR, | NO.  CV 09-9364 PLA |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, IT IS ORDERED that plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand dollars and no cents ($3,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.  Any payment shall be delivered to plaintiff's counsel.

DATED: September 8, 2010

_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

1